# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-CR-00174-8-KJD-PAL |
| v. | **ORDER** |
| LEONARD WHITESIDE, | |
| Defendant. | |

Presently before the Court is Plaintiff's Motion to Dismiss the Superseding Criminal Indictment (#154) against Defendant Leonard Whiteside. The United States has informed the Court of the death of Defendant. Accordingly, the Court dismisses the superseding indictment against Leonard Whiteside.

**IT IS SO ORDERED.**

DATED this 31st day of March 2017.

_____
Kent J. Dawson
United States District Judge